No. 75. NATIONAL LABOR RELATIONS BOARD *v.* HOD CARRIERS, BUILDING AND COMMON LABORERS UNION OF AMERICA, LOCAL No. 324, AFL–CIO, ET AL. C. A. 9th Cir. Certiorari denied. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Duane B. Beeson* for petitioner. *Charles P. Scully* for respondents. Reported below: —— F. 2d ——.

No. 724. HAZELTON, ADMINISTRATOR, *v.* CITY OF SAN DIEGO ET AL. District Court of Appeal of California, Fourth Appellate District. Certiorari denied. *Manuel Ruiz, Jr.* for petitioner. *J. F. DuPaul* for respondents.

No. 816. GODDARD ET AL. *v.* DISTRICT OF COLUMBIA REDEVELOPMENT LAND AGENCY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Daniel Partridge III* and *Franklin P. Gould* for petitioners. *Solicitor General Cox* and *Roger P. Marquis* for respondents.

No. 826. BUCKLEY, DOING BUSINESS AS F. J. BUCKLEY & Co., *v.* SAVAGE, REAL ESTATE COMMISSIONER OF CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Alan Y. Cole* for petitioner. *Stanley Mosk,* Attorney General of California, and *Arthur C. de Goede,* Deputy Attorney General, for respondent.

No. 857. HALL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Cecil A. Morgan* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.